# ALEXANDER E. EISEMANN
## ATTORNEY AT LAW

ALEXANDER E. EISEMANN
aee@eisemannlaw.com

ELIOT T. KIEVAL
*Of Counsel*

282 KATONAH AVENUE, SUITE 244
KATONAH, NEW YORK 10536

TEL. (914) 763-6444
FAX (914) 763 6446

20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 420-8300
FAX (212) 420-8338

February 24, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 5 2008

**VIA FAX (212) 805-6304**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

    Re: United States v. George Tonks, et al.,
           06 Cr. 771 (PAC)

        United States v. Stacey DeFilippis,
           07 Cr. 576 (RMB)

Dear Judge Crotty:

    I am counsel for Stacey DeFilippis, a defendant in the above-entitled cases, who is scheduled to be sentenced on February 29, 2008. I write, without objection by the government, to request a six-week adjournment.

    Ms. DeFilippis has two pending criminal cases in this district, one before your Honor and one before the Honorable Richard M. Berman. On November 20, 2007, she pleaded guilty to both in a consolidated proceeding before your Honor. Sentencings were scheduled for February 29, 2008, at 10:00 a.m. and 11:00 a.m., respectively. I subsequently requested that Judge Berman also transfer his case to your Honor for sentencing (your Honor indicated during the plea that you would agree to such a transfer) but have not yet received notification of a decision on that request.[1]

**MEMO ENDORSED**

---

[1] I contacted Judge Berman's chambers on Friday and was informed that Ms. DeFilippis' sentencing was not even on his calendar for February 29. One of his law clerks said he would look into the transfer request this week and let me know its status.

Hon. Paul A. Crotty
February 24, 2008
Page 2


　　　　An issue has now arisen up that will require me to send Ms. DeFilippis' appointed psychiatrist back to see her and to generate an appropriate report. The psychiatrist has told me that he will not be able to see Ms. DeFilippis for another week. To allow him sufficient time to do that, to generate a report and for me to submit a sentencing memorandum reflecting his findings, I respectfully request that Ms. DeFilippis' sentencing be adjourned to the week of April 14.

　　　　I may be required to be out of the country for depositions for an entire week during April, although I am not yet sure which one. In case it happens to be the week of April 14, I further and respectfully request that Ms. DeFilippis' sentencing be scheduled for either a Monday or Friday.

　　　　I thank your Honor for your courtesy in considering these requests.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　Alexander E. Eisemann

cc: Joshua Klein, Esq.
　　Steven D. Feldman, Esq.
　　(both via e-mail)

*Application GRANTED. The sentencing is adjourned to Tuesday, 4/22/08 at 2:30 pm in Courtroom 20-C*

SO ORDERED: 2/25/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE