

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 10, 2008

**By Fax**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-11-08

    RE:    **United States v. Robert Laws**,
             **07 Cr. 576 (RMB)**

Dear Judge Berman:

    Pursuant to the telephone conversations between the parties and Your Honor's Courtroom Deputy, the next conference in the above-referenced matter has been rescheduled for Tuesday, April 1, 2008, at 10:00 a.m.

                              Very truly yours,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

               By: *Steven D. Feldman*
                   Steven D. Feldman
                   Assistant United States Attorney
                   (212) 637-2484

cc: Sabrina Shroff, Esq.

SO ORDERED:
*Richard M. Berman*
------------------------------
RICHARD M. BERMAN U.S.D.J.