# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | |
| Stacey DeFilippis a/k/a "Lisa;" "Kathy Sullivan" | Case Number: 1: 06 CR 00771 - 2 (PAC) <u>and</u><br>**1: 07 CR 00576 - 2 (PAC)** |
| | USM Number: 59102-054 |
| | Alexander Eisemann (914) 763-6444<br>Defendant's Attorney |

**THE DEFENDANT:**

X  pleaded guilty to count(s)  06 Cr 00771: Count One (1); Count Two (2) and Count Three (3)
                               **07 Cr 00576: Count One (1); and Count Two (2)**

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC 1349, a class C felony | Conspiracy to Commit Wire Fraud | 06/22/2006 | (1): <u>06 Cr 771 - 2</u> |
| 18 USC 1343, a class C felony | Wire Fraud | 06/22/2006 | (2): <u>06 Cr 771 - 2</u> |
| 18 USC 1952(a)(3)(A), a class D felony | Traveling in Interstate Commerce and Using the Mails to Commit Larceny by Extortion | 06/22/2006 | (3): <u>06 Cr 771 - 2</u> |
| 18 USC 371, a class D felony | Conspiracy to Commit Securities, Wire, and Mail Fraud | 06/18/2007 | (1): <u>07 Cr 576 - 2</u> |
| 15 USC 78j(b) & 78ff, a class C felony | Securities Fraud | 06/18/2007 | (2): <u>07 Cr 576 - 2</u> |

       The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

   Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

       It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

July 1, 2008
Date of Imposition of Judgment

_/s/ Paul A. Crotty_
Signature of Judge

Paul A. Crotty, United States District Judge
Name and Title of Judge

July 8, 2008
Date

DEFENDANT: Stacey DeFilippis a/k/a "Lisa;" "Kathy Sullivan"
CASE NUMBER: 1: 06 CR 00771 - 2 (PAC) and 1: 07 CR 00576 - 2 (PAC)

## IMPRISONMENT

X   The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   See below.

<u>06 Cr 771</u>: Sixty (60) Months on Counts One (1), Two (2) and Three (3) to run concurrently.

<u>07 Cr 576</u>: **Fourteen (14) Months on Counts One (1), and Two (2) to run consecutive with the 60 months imposed in : 06 Cr 771**

The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that Ms. DeFilippis be designated to the F.C.I facility located in Danbury, Connecticut. The Court further recommends that Ms. DeFilippis be given the mental health and alcohol treatment needed.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____ ☐ a.m. ☐ p.m. on _____.

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____.

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page 3 of 6

DEFENDANT: Stacey DeFilippis a/k/a "Lisa;" "Kathy Sullivan"
CASE NUMBER: 1: 06 CR 00771 - 2 (PAC) and 1: 07 CR 00576 - 2 (PAC)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   Three (3) Years

06 Cr 771: The Three (3) Years of Supervised Release imposed on counts One (1), Two (2) and Three (3) are to run concurrently.

**07 Cr 576: The Three (3) Years of Supervised Release imposed shall run concurrent with the 3 years of Supervised Release issued in 06 Cr 771 - 2 (PAC).**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- [X] The above drug testing condition is suspended, due to the imposition of a special condition requiring drug treatment and testing.
- [X] The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- [X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- [ ] The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: Stacey DeFilippis a/k/a "Lisa;" "Kathy Sullivan"
CASE NUMBER: 1: 06 CR 00771 - 2 (PAC) and 1: 07 CR 00576 - 2 (PAC)

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant will participate in an alcohol aftercare treatment program under a co-payment plan, which may include urine testing at the discretion of the probation officer.

2. The defendant shall participate in a mental health program approved by the U.S. Probation Office. The defendant shall continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant shall contribute to the costs of services rendered not covered by third-party payment, if the defendant has the ability to pay. The Court authorizes the release of available psychological and psychiatric evaluations and reports to the health care provider.

3. The defendant shall provide the probation officer with access to any requested financial information.

4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless the defendant is in compliance with the installment payment schedule.

5. The defendant is to report to the nearest Probation Office within 72 hours of release from custody.

6. The defendant is be supervised by the district of residence while on Supervised Release.

Case 1:07-cr-00576-PAC   Document 18   Filed 07/08/2008   Page 4 of 6

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
         Sheet 5 — Criminal Monetary Penalties

                                                                              Judgment — Page   5   of   6
DEFENDANT:        Stacey DeFilippis a/k/a "Lisa;" "Kathy Sullivan"
CASE NUMBER:      1: 06 CR 00771 - 2 (PAC) and 1: 07 CR 00576 - 2 (PAC)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|---------------|----------|-----------------|
| TOTALS | $ Total: $500.00 ($300.00 in 06 Cr 771 and **$200 in: 07 Cr 576**). | $ | $ TBD |

X   The determination of restitution is deferred for  90 days  . An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS (see page 6) | $ _____ $0.00 | $ _____ $0.00 | |

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐   the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐   the interest requirement for the   ☐ fine   ☐

DEFENDANT: Stacey DeFilippis a/k/a "Lisa;" "Kathy Sullivan"
CASE NUMBER: 1: 06 CR 00771 - 2 (PAC) and 1: 07 CR 00576 - 2 (PAC)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☐ F below; or

B ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F X Special instructions regarding the payment of criminal monetary penalties:

**While incarcerated, the defendant shall pay 10% of her wages earned in prison towards the $300.00 special assessment imposed in 06 Cr 771 and the $200.00 special assessment imposed in 07cr576.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.