USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: JUL 22 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

-v.-

STACEY DEFILIPPIS,
a/k/a "Lisa,"
a/k/a "Kathy Sullivan,"

Defendant.

- - - - - - - - - - - - - - - - - - -x

ORDER OF FORFEITURE
06 Cr. 771-3 (PAC)
07 Cr. 576-2 (PAC)

WHEREAS, on or about September 11, 2006, the defendant, STACEY DEFILIPPIS (the "defendant"), among others, was charged in a three-count Indictment 06 Cr. 771 (PAC) (the "06 Cr. 771 (PAC) Indictment") with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count One); wire fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Count Two); and traveling in interstate commerce and using the mails and facilities of interstate commerce with intent to commit larceny by extortion, in violation of 18 U.S.C. § 1952(a)(3)(A) (Count Three);

WHEREAS, on or about June 26, 2007, the defendant, STACEY DEFILIPPIS, among others, was charged in a two-count Indictment 07 Cr. 576 (PAC) (the "07 Cr. 576 (PAC) Indictment") with conspiracy to commit securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. § 240.10b-5, mail fraud, in violation of 18 U.S.C. § 1341, and wire fraud, in violation of 18 U.S.C. § 1343 (Count One); and with securities fraud, in

violation of 15 U.S.C. §§ 78j(b) and 78(ff), 17 C.F.R. § 240-10b-5, and 18 U.S.C. § 2 (Count Two);

WHEREAS, the 06 Cr. 771 (PAC) Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Indictment, including but not limited to, a sum of money equal to approximately $1,500,000 in United States currency, representing the proceeds obtained as a result of the offenses charged in the Indictment;

WHEREAS, the 07 Cr. 576 (PAC) Indictment included a forfeiture allegation seeking, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in the Indictment;

WHEREAS, on or about November 20, 2007, the defendant, STACEY DEFILIPPIS, pled guilty to the 06 Cr. 771 (PAC) Indictment and the 07 Cr. 576 (PAC) Indictment and agreed to forfeit a total of $300,000.00 in U.S. currency; and

WHEREAS, on or about July 8, 2008, the defendant was sentenced and ordered to forfeit a total of $300,000.00 in United States Currency ($200,000 from the 06 Cr. 771 (PAC) Indictment and $100,000 from the 07 Cr. 576 (PAC) Indictment),

representing the amount of proceeds obtained as a result of the offenses charged in both Indictments for which she pled guilty;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offenses charged in the Indictment, for which the defendant pled guilty, a money judgment in the amount of $300,000.00 shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall be final as to the defendant, STACEY DEFILIPPIS, at the time of sentencing and shall be made part of the sentence of said defendant, and shall be included in the judgment of conviction therewith.

3. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order of Forfeiture the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance to the "United States Marshals Service", and delivered by mail to the United States Attorney's

Office, Southern District of New York, Attn: Asset Forfeiture Unit, One St. Andrews Plaza, New York, New York 10007.

    5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

    6. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney, Sharon Cohen Levin, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York  
      July 22, 2008

SO ORDERED:

_____  
HONORABLE PAUL A. CROTTY  
UNITED STATES DISTRICT JUDGE