```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 2 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :
                                     :
            -v.-                     :      ORDER OF RESTITUTION
                                     :      06 Cr. 771-3 (PAC)
STACEY DEFILIPPIS,                   :      07 Cr. 576-2 (PAC)
     a/k/a "Lisa,"                   :
     a/k/a "Kathy Sullivan,"         :
                                     :
                  Defendant.         :
                                     :
- - - - - - - - - - - - - - - - - -x

     WHEREAS, on or about September 11, 2006, the defendant, STACEY DEFILIPPIS (the "defendant"), among others, was charged in a three-count Indictment 06 Cr. 771 (PAC) (the "06 Cr. 771 (PAC) Indictment") with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349 (Count One); wire fraud, in violation of 18 U.S.C. §§ 1343 and 2 (Count Two); and traveling in interstate commerce and using the mails and facilities of interstate commerce with intent to commit larceny by extortion, in violation of 18 U.S.C. § 1952(a)(3)(A) (Count Three);

     WHEREAS, on or about June 26, 2007, the defendant, STACEY DEFILIPPIS, among others, was charged in a two-count Indictment 07 Cr. 576 (PAC) (the "07 Cr. 576 (PAC) Indictment") with conspiracy to commit securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, and 17 C.F.R. § 240.10b-5, mail fraud, in violation of 18 U.S.C. § 1341, and wire fraud, in violation of 18 U.S.C. § 1343 (Count One); and with securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78(ff), 17 C.F.R. § 240-10b-5, and 18 U.S.C. § 2 (Count Two);

WHEREAS, on or about November 20, 2007, the defendant, STACEY DEFILIPPIS, pleaded guilty to the 06 Cr. 771 (PAC) Indictment and the 07 Cr. 576 (PAC) Indictment;

WHEREAS, on or about July 8, 2008, the defendant was sentenced on the offenses set forth in the 06 Cr. 771 (PAC) Indictment and the 07 Cr. 576 (PAC) Indictment, to which she previously pleaded guilty;

WHEREAS, the conduct underlying the offenses involved a scheme to defraud victims of over $1.5 million;

WHEREAS, restitution for the offenses is mandatory pursuant to Title 18, United States Code, Section 3663A;

WHEREAS, the Government has determined that the amounts set out in Schedules 1 (relating to the 06 Cr. 771 (PAC) Indictment) and 2 (relating to the 07 Cr. 576 (PAC) Indictment) attached hereto represent the fair and accurate amounts in compensable losses to victims resulting from the offenses described in the indictments, which amounts are $782,967.52 and $626,400, respectively;

WHEREAS, the Government has informed defense counsel of its foregoing determination of the compensable losses to victims resulting from the offenses; and

WHEREAS, defense counsel has made no objection to the Government's application for restitution in the amounts set forth above;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that STACEY DEFILIPPIS, the defendant, shall make restitution as follows:

1.  The defendant shall make payments in the amount of ten percent of her gross monthly income, with payments to begin within thirty days of the completion of the term of her imprisonment.

2.  All restitution payments made by the defendant shall be payable to the Clerk of the Court, Southern District of New York, to be distributed, on a _pro rata_ basis, to the victims identified in attached Schedules 1 and 2, in the amounts identified on each such schedule.

3.  With respect to the amounts set forth on attached Schedules 1 and 2, respectively, restitution shall be payable on a joint and several basis with the other co-defendants in each respective case.

SO ORDERED:

July 22, 2008

_____
United States District Judge

# Schedule 1

**US v. George Tonks et al.**

**2006R01088**

**06 CR 0771**

| Name | Amount Lost | Address |
|---|---|---|
| Atcher, James L. | $1,538.00 | 4164 Lakeside Dr, Sellersburg, IN 47172-1771 |
| Augustine, Rick | $950.00 | 26 East Elm Street, Central Islip, NY 11722 |
| Bandt, Chris J. | $613.00 | 5081 S. 2100 E, Salt Lake City, UT 84117-7008 |
| Bender, Ryan | $5,000.00 | 601 N. Gates St., Santa Ana, CA 92703 |
| Blackburn, Brian | $1,500.00 | 422 Lorraine Ave, Baltimore, MD 21221 |
| Boules, David | $1,000.00 | 3444 Lily Court, Newburgh Park, CA 91320 |
| Brokish, Anthony J. | $11,117.00 | 2159 County Rd Y. Lt 6, Dodgeville, WI 53533 |
| Brown, Deak | $1,200.00 | 9655 W. 56th Place, Arvada, CO 80002 |
| Burke, Vincent C. | $1,500.00 | 109 Union Street, Hanson, MA 02341 |
| Caplan, Lawrence | $3,000.00 | P.O. Box 5316, Baltimore, MD 21209 |
| Coello, Alberto | $4,063.00 | 68 Mauter Street, Brooklyn, NY 11206 |
| Crisler, Robert E. | $29,828.00 | 711 Farm Drive, Barlington, MA 01903 |
| Cross-Guillen, Matthew | $4,800.00 | 6000 Topke Pl. NE #106, Albuquerque, NM 87109 |

| Name | Amount | Address |
|---|---|---|
| Daugherty, Thomas | $2,000.00 | 1048 Landings Loop, Worthington, OH 43085 |
| DelVecchio, Adam | $1,646.97 | 3117 13th Street N., St. Petersburg, FL 33714 |
| Edwards Jr., William | $553.00 | 4361 Miami St, Saint Louis, MO 63116 |
| Embry, James | $3,000.00 | 2331 Bolsover St, Houston, TX 77005 |
| Farmer, Stephen | $2,000.00 | 14270 SW 74th Street, Miami, FL 33183 |
| Feola, Roman | $3,500.00 | 256 Tech Rd, Pittsburgh, PA 15205 |
| Griffith, Vernal A. | $2,500.00 | 144 Halsey Street Apt #3, Brooklyn, NY 11216-2102 |
| Guzman, Erick | $1,000.00 | 6839 Seminole Drive, Orlando, FL 32812 |
| Hall, Daniel John | $1,599.00 | 23 Richmond Ave, Lexington, NY 40502 |
| Harrison, James E. | $279.00 | 126-21 145th Street, Queens, NY 11436 |
| Haskins, Jason | $867.00 | 1800 Williamsburg Rd Apt6E, Durham, NC 27707 |
| Hensley, Josh | $1,405.97 | 6028 Nelson Street, Arvada, CO 80004 |
| Holst, Aaron | $1,522.00 | 308 East Central Park Ave, Davenport, IA 52803 |
| Huh, Paul | $1,000.00 | 117 Reis Run Road, Pittsburgh, PA 15327 |
| Johnson, Joseph | $3,500.00 | 3236 Veda St, Redding, CA 96001 |
| Jouin, Paul | $3,450.00 | 915 N 52nd Street, #1015, Phoenix, AZ, 85008 |
| Joyer, Dennis | $800.00 | N6797 County RD O, Elkhorn, WI 53121 |
| Kaping, Mark | $4,000.00 | 57230 150th St, Cosmos, MN 56228 |

| Name | Amount | Address |
|---|---|---|
| Knutson, Thor | $1,000.00 | 6205 Summer Night Place NW, Albuquerque, NM 87120 |
| Kocienski, Joseph | $8,500.00 | 241 Le Loup Rd, Melrose, NY 12121 |
| Laine, Haben | $400.00 | 3029 Manchester Road, Madison, WI 53719 |
| Lansberg, Abraham | $3,100.00 | 2748 Cambridge Ct, Oklahoma, OK 72116 |
| Levy, Aaron | $895.00 | 139 Laurel Dr., Needham, MA 0177602492 |
| Ligi, Chris | $1,527.01 | 5757 Pinon Dulce NW, Abuerauelaue, NM 87114 |
| Litz, Jeffrey C. | $1,500.00 | 5425 Berry Hollow Rd, Bangor, PA 18013 |
| Lybarger, Don | $526.97 | 17572 Fairlawn Dr. Chagrin Falls, OH 44023 |
| Margolis, Marc | $3,500.00 | 1215 Cardigan Bay Circle, Spring, TX 77379 |
| McDougal, James | $1,500.00 | 5200 Royalton Rd, Apt A2, N. Royalton, OH 44133 |
| Megna, John | $11,752.00 | P.O. Box 490055, Everett, MA 022149 |
| Morgan, Patricia | $5,000.00 | 14 Grassmere Street, Warwick, RI 02889 |
| Ott, Thomas M. | $5,000.00 | N 2508 S. Tower Rd, Chiltoni, WI 53014 |
| Papaleo, John | $1,058.00 | 1 Ziemke Farm Lane, Cohoes, NY 12047 |
| Phanthadeth, Sadsamenh | $1,450.00 | 416 New Street, High Point, NC 27260 |
| Rand, John | $25,000.00 | 633 Carrie Jay Blvd, Richmond Hts, OH 44143 |
| Reme, Steven | $9,844.00 | 845 Columbus Ave, #12C |
| Rigoli, Anthony | $7,999.00 | 12 Felton Street, Hudson, MA 01749 |

| Name | Amount | Address |
|---|---|---|
| Root, Theodore S. | $1,650.00 | 1334 Charlestown Rd, Apt 3, Phoenixville, PA 19460 |
| Rumsey, David | $900.00 | 8027 2nd floor Frankford Ave, Philadelphia, PA 19136 |
| Sanford, William | $878.00 | 3710 Pine Grove, Chicago, IL 560613 |
| Satterfield, Ryan | $8,000.00 | 2025 Tuckahoe Rd, Franklinville, NJ 08322 |
| Singh, Ravi | $2,585.99 | 7843 Deer Creek Dr, Sacramento, CA 95823 |
| Soto, Erick | $900.00 | 1927 Gomez Dr SW, Los Lonas, NM 87031 |
| Sowers, Jody Alan | $65,510.34 | 3095 Brookside Drive, Zanesville, OH 43701 |
| Stark, Max | $920.27 | 1010 East 19th Street, Brooklyn, NY 11230 |
| Suttner, Richard | $800.00 | 8800 S Harlem #1916, Brigeview, IL 60455 |
| Imperatore, Michael J. | $875.00 | 27303 Westown Blvd, #803, Westlake, OH 44145 |
| Vasquez, Samuel | $867.00 | 100 Park St, Lawrence, MA 01841 |
| Walker, Carl | $1,300.00 | 205 Bluebird Hill, Woodland Park, CO 80863 |
| Weiss, Matthew | $1,400.00 | 1327 Brookfall Ave, Union, NJ 07083 |
| Albert, Todd | $9,052.00 | 7315 Poundview Drive, Westchester, PA 19382 |
| Eileen Couperthwait | $7,100.00 | 5665 Harpers Farm Rd. Apt D Columbia, MD 21044-2275 |
| Kenneth Harrison | $7,000.00 | 838 Middlesex Rd Baltimore, MD 21221 |
| Garcia, Robert | $1,599.00 | 213 Lincoln Drive Athens, WI 54411 |
| Zader, David | $600.00 | 1222 Carrington Ave. Cleveland, Ohio 44135 |

| | | |
|---|---|---|
| Weller, Jesse | $6,000.00 | 1366 Evergreen Dr.<br>Cardiff By the Sea, CA 92007 |
| Laughter, Matthew | $4,000.00 | |
| Gallinari, Michelle | $177,073.00 | 121 Main Street<br>Bridgeton, MA 04009 |
| Altenau, Randy | $140,000.00 | 6850 Newtonsville Road<br>Pleasant Plain, Ohio 45162 |
| Farley, Charles | $120,000.00 | 6410 Lorene Circle<br>Indianapolis, IN 46237 |
| Campbell, Jarod | $1,500.00 | 26 Cedar Ave Old Orchard Beach<br>Maine 04064 |
| Dawson, Denny | $1,500.00 | 555 Church Street No 1814<br>Nashville TN 37219 |
| Stobel, Craig | $850.00 | 300 Riverside drive<br>Waterloo, WI 43594 |
| Brand, Richard | $24,300.00 | 44A Davis Court Circle<br>Chapel Hill, North Carolina 27514 |
| Osborne, William | $1,500.00 | 1965 Willowood Drive<br>Kissimee, Fl 34746 |
| Williams, Charles | $865 | 16535 Grand River Ave.<br>Detroit, Michigan 48227 |
| Jackson, John | $800 | PO Box 1861<br>Ventura, California 93002 |
| Casaday, Jon | $868.00 | 394 Kings Grant Road<br>Stanardville, VA 22973-3547 |
| Weber, Chris | $1,500 | 3942 - B Mission St<br>San Francisco, CA 94112-1015 |
| Total | $782,967.52 | |

**U.S. v. Robert Laws Stacey DeFilippis, 07 Cr. 576 (PAC)    Schedule 2**
Restitution Information for Stacey DeFilippis

| | Victim Name | Address1 | City | State | Zip Code | Loss Amount |
|---|---|---|---|---|---|---|
| 1 | Ali, Shoukat | 85-01 21st Ave, 2nd Floor | Brooklyn | New York | 11214 | $10,000.00 |
| 2 | Babadui, Najat | 85-01 21st Ave, 2nd Floor | Brooklyn | New York | 11214 | $5,000.00 |
| 3 | Becker, Curtis & Kerry | 2801 Pinewood Dr | Waldorf | Maryland | 20601 | $6,500.00 |
| 4 | Boyd, James L | | | | | $10,000.00 |
| 5 | Brown, Mae Charles or Edwards, Almond C. | 6701 NW 14th Ave | Miami | Florida | 33147 | $10,000.00 |
| 6 | Cosby, George A | 10140 W. Nichols | Detroit | MI | | $15,000.00 |
| 7 | Dillman, Estate of Louis G | 1937 Dean St | Schenectady | New York | | $34,900.00 |
| 8 | Dillman, Randall L & Alice M | 1937 Dean St | Schenectady | New York | | $230,000.00 |
| 9 | Goeghegan, Michel H | 90-12 187 Street | Jamaica | New York | 11423 | $35,000.00 |
| 10 | Huff, Benjamin | | | | | $10,000.00 |
| 11 | Huff Installation Contractors | 4203 curdy | Howell | Michigan | 48855 | $15,000.00 |
| 12 | Hutchins, Cleve or Linda | 124 N Main | Beebee | Arizona | 72012 | $102,000.00 |
| 13 | Kaluza, Emil or Sharon A | 7661 Woodview Dr | Woodridge | Illinois | 60517 | $15,000.00 |
| 14 | Naeem, Bushra | 85-01 21st Ave, 2nd Floor | Brooklyn | New York | 11214 | $5,000.00 |
| 15 | Powell, Warren | 25851 Branchaster Rd. | Farmington Hills | MI | | $5,000.00 |
| 16 | Ringler, Daniel | 605 Rialto Drive | Vacaville | California | 95687-5450 | $73,000.00 |
| 17 | Sandhu, Chaudhary | 85-01 21st Ave, 2nd Floor | Brooklyn | New York | 11214 | $5,000.00 |
| 18 | Tahir-Mohar, Mahmood | 85-01 21st Ave, 2nd Floor | Brooklyn | New York | 11214 | $10,000.00 |
| 19 | Walker, Charles H. | 23193 N. Chanticleer Dr. | Southfield | MI | | $10,000.00 |
| 20 | Wright, Thomas J | 74 Calle De La Nache NE | Albuquerqe | New Mexico | 87109 | $20,000.00 |
| | | | | | | $626,400.00 |